IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>LEONARD HATTEN, JR.,<br><br>                  Defendant. | 8:20CR36<br><br>**ORDER** |

       This matter is before the court on Defendant's MOTION TO CONTINUE PRETRIAL MOTION DEADLINE [40]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by June 12, 2020.

       **IT IS ORDERED:**

       1.      Defendant's MOTION TO CONTINUE PRETRIAL MOTION DEADLINE [40] is granted. Pretrial motions shall be filed on or before June 12, 2020.

       2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 13, 2020, and June 12, 2020, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

       Dated this 13th day of May, 2020.

                                                             BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge