## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR36 |
| vs. | |
| LEONARD HATTEN, JR., | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's pro se motion (Filing No. 242) requesting the Clerk of Court provide him with a copy of the unredacted docket sheet, and "any and all police, FBI, and court documents associated with [his] case" without payment of costs because he is indigent.  The defendant requests the documents for "post-conviction appeal reasons."

A defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980).  Neither statutory authority nor this Court's practice requires the provision of free copies of court records to aid in the preparation of a § 2255 motion.  Additionally, the Court is also not in possession of the requested "police" or "FBI" documents/reports.  Other than this motion for free copies, the defendant has no motions or other matters pending before the Court.  Therefore, the Court is not inclined to order a copy of requested court documents at the government's expense. The defendant may pay for copies of the docket sheet and other court documents at the established rate of 50¢ per page.  Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 242) requesting free copies is denied.

Dated this 30th day of May, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge